CLERKS OFFICE
SEP 25 '23 PM3:40 USDC MA

SEP 25 '23 PM3:40 USDC MA

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Edwin L. Hernandez<br>Plaintiff,<br><br>Massachusetts Department of Transportation a Massachusetts Municipal Corporation<br><br>MassDOT Milford RMV  a Massachusetts Municipal Corporation<br><br>Jamey Tesler  in his/her personal capacity, Individual in his official capacity<br><br><br>Colleen Ogilvie in his/her personal capacity, Individual in his official capacity<br><br><br>Jaclyn L. Kugell in his/her personal capacity, Individual in his official capacity<br><br><br>Matthew Knosp in his/her personal capacity, Individual in his/ her official capacity<br><br><br>Derrick Mann in his/her personal capacity, Individual in his official capacity<br><br>Defendant(s). | Pursuant to the laws of the United States of America, First Amendment Free Exercise Clause, Title VII of the Civil Rights Act of 1964, The Equal Employment Opportunity Act of 1972, 42 U.S.C. § 1981,<br><br><br><br>(verified) HEARING DEMANDED<br><br><br><br>; |

## 1. The Parties to This Claim

A. The Plaintiff Edwin L. Hernandez is a private man with no minimum contacts with the STATE OF MASSACHUSETTS or Worcester county Massachusetts
B. The Defendant(s) are citizens of the United States residing in Massachusetts

## 2 . Basis for Jurisdiction

1. This case is in law and equity, arising under this Constitution and the laws of the United States of America, First Amendment Free Exercise Clause, Title VII of the Civil Rights Act of 1964, The Equal Employment Opportunity Act of 1972, 42 U.S.C. § 1981,
2. At all times relevant Defendants are Citizens of the United States.

3. Defendant is a public agency of the Commonwealth of Massachusetts responsible for the regulation of transportation in the Commonwealth.
4. Plaintiff is suing for protection of federally guaranteed civil rights.
5. Defendants are citizens of the United States residing in Massachusetts
6. This honorable court has jurisdiction because it is involving a Federal question.

### 3 . Statement of Claim

The undersigned, Edwin L. Hernandez, hereby claims against the Massachusetts Department of Transportation (MDOT) for violating the following federal laws:

7. Whereas Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination on the basis of race, color, religion, sex, or national origin,The Equal Employment Opportunity Act of 1972, which enforces Title VII; and 42 U.S.C. § 1981, which prohibits racial discrimination in all aspects of public life, including employment.
8. Whereas MDOT's, MassDOT Milford RMV, MassDOT Office of Diversity & Civil Rights willfully and knowingly refused to take action to prevent or correct the discrimination against Edwin L. Hernandez violates Title VII and the Equal Employment Opportunity Act of 1972.
9. Whereas This policy directly violates Plaintiff's First Amendment right to the free exercise of religion.
10. Whereas Plaintiff's delivery in good faith successfully the Notarized Affidavit for Religious Immunity to Derrick Mann/MassDOT Division of EEOC on or about October 8, 2021
11. Whereas Plaintiff's received from Derick Mann his legal opinion upon Plaintiff's expression practice where all expressly are protected, denying the Affidavit for Religious Immunity without any lawful authority.
12. Whereas Massachusetts Department of Transportation retailted with a 5 day suspension on or about December 9, 2021
13. Whereas Massachusetts Department of Transportation retailted with a 10 day suspension  on or about December 16, 2021
14. Whereas Massachusetts Department of Transportation retailted with a a pre-
15. disciplinary hearing on or about December 16, 2021
16. Whereas Massachusetts Department of Transportation retailted with a Non notarized Notice of Termination dated by postal mail on or about December 31, 2021
17. Whereas Massachusetts Department of Transportation intentional discrimination based on Edwin L. Hernandez's Religion and national origin and is entitled to compensate him and kin for emotional harm suffered such as mental anguish, inconvenience and loss of enjoyment of life.
18. Whereas limits on the amount of compensatory and punitive damages a person can recover vary depending on the size of the employer for employers with more than 500 employees, the limit is $300,000 per entity.
19. Whereas Plaintiff has suffered damages as a result of Defendant's willful actions, including lost wages, emotional distress, and damage to his reputation.

20. Whereas Punitive damages may be awarded to punish an employer who has committed a malicious or reckless act of discrimination.

## Exhibits:

- Copy of Plaintiff's employment contract.
- Copy of MassDOT policy prohibiting the right to the free exercise of religion.
- Retaliation suspension letters
- Copy of termination letter sent to Plaintiff.
- Back pay for the wages I lost as a result of the discrimination

## 4. Relief

I respectfully request that the court enter judgment in my favor and award me the following relief:
- Compensatory damages for the emotional distress I have suffered as a result of the discrimination;
- Punitive damages to punish MDOT for its discriminatory conduct For employers with more than 500 employees,
- Back pay for the wages I lost as a result of the discrimination and Wrongful Termination
- Front pay to ensure that I am not economically disadvantaged as a result of the discrimination;
- Injunctive relief to prevent MDOT from discriminating against me in the future; and
- Such other relief as the court deems just and equitable

## 5. Prayer for Relief

WHEREFORE, Plaintiff prays for judgment against Defendant MassDOT as follows:

- A preliminary injunction prohibiting MDOT from enforcing its Discriminatory codes policy against Plaintiff;
- A judgment declaring that MDOT's Discriminatory codes policy violates the First Amendment;
- An order requiring MDOT to revise its Discriminatory code policy to allow employees to religious "opinion, expression of opinion, and practice which all are expressly protected" by the Free Exercise Clause And
- Back pay amount through 10/15/22 = $ 68,354.40
- Front pay amount from 10/18/22 through 09/09/23 = $39,303.78
- Grand total front + back pay = $107,658.18

_Hernandez, Edwin, Luis_
Edwin L. Hernandez
All Rights Reserved Without Prejudice
_22___ day of the Month of September Year
of our Lord Two thousand and twenty three